**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATSY N. SAKUMA, | No. 09-17448 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00502-HG-KSC |
| v. | |
| ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, by it's Board of Directors and JAMES S. KOMETANI, Commissioner, | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted September 22, 2010**

Before:     WALLACE, HAWKINS, and THOMAS, Circuit Judges.

The district court properly dismissed Patsy N. Sakuma's ("Sakuma") action

as moot because her condominium had been sold and there was no longer a

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

controversy as to which effective relief could be granted. *See Vill. of Gambell v. Babbitt*, 999 F.2d 403, 406 (9th Cir. 1993).

Sakuma's remaining contentions are unpersuasive.

**AFFIRMED.**